App.1981) ("A party cannot lead the court into error and then employ that error as a source of complaint").

 Even accepting arguendo the defendant's view that the prosecution had requested the modified instruction, the error would not require dismissal. Although a deviation from the MAI is presumptively prejudicial, *State v. Graves*, 588 S.W.2d 495 (Mo.1979) (en banc),

> not every deviation from an approved instruction ... requires reversal and although deviation should be discouraged in all cases, even when a deviation is error the question whether it is prejudicial error remains to be judicially determined.

*State v. Richardson*, 674 S.W.2d 161, 164 (Mo.App.1984) quoting *State v. Harris*, 564 S.W.2d 561, 573 (Mo.App.1978). We conclude that even if the insertion of the words "before or during" is a deviation and as such constituted error, the deviation was harmless error because the instruction did not mislead the jury in its deliberations on the law in this case.

For the foregoing reasons, we affirm the judgment of the trial court and sustain defendant's conviction.

All concur.

Cenobio Lozano, Jr., Contract Public Defender, Harrisonville, for appellant.

William L. Webster, Atty. Gen., T. Chad Farris, John Munson Morris, Asst. Attys. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and SOMERVILLE, JJ.

## ORDER

PER CURIAM.

A jury found defendant guilty of three counts of felonious stealing, class C felonies (§ 570.030.3, RSMo Supp.1984), and the trial judge found him to be a persistent offender (§ 558.016.3, RSMo Supp.1984). Defendant's motion for new trial was sustained as to Count II of the information (without explanation or recitation of grounds for doing so) and overruled as to Counts I and III of the information, and the trial judge sentenced defendant to five years imprisonment under Count I and five years imprisonment under Count III, said sentences to run concurrently. Defendant appeals.

Affirmed under Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Floyd PERRY, a/k/a Willie Walker, Appellant.**

**No. WD 35915.**

Missouri Court of Appeals, Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

**STATE of Missouri, Respondent,**

v.

**Freddie L. TAYLOR, Appellant.**

**No. WD 36240.**

Missouri Court of Appeals, Western District.

July 2, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Application to Transfer Denied Oct. 16, 1985.